UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SOUTH TEXAS CLINICAL LABORATORY, LTD., | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-240 |
| | § § | |
| UNITEDHEALTHCARE OF TEXAS, INC., | § § | |
| | § | |
| Defendant. | § | |

## ORDER TO ADDRESS JURISDICTION

On May 10, 2019, Plaintiff filed its Declaration and Disclaimer (D.E. 33), which purports to modify its claims in such a way as to defeat this Court's federal question jurisdiction. The Court construes the Declaration as both a supplement to Plaintiff's complaint (D.E. 18) and as an opposed motion to reconsider the Court's Order (D.E. 15) denying Plaintiff's motion to remand. The Court ORDERS Defendant to file any response to Plaintiff's effort to defeat federal question jurisdiction in this manner on or before **June 6, 2019**. Plaintiff may then file a response on or before **June 13, 2019**.

ORDERED this 16th day of May, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE